UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FEDERAL EXPRESS
CORPORATION, et al.,

      Plaintiffs,                          Case No. 25-cv-13466
                                                          Hon. Matthew F. Leitman

v.

TANGELO MARKET, LLC,

      Defendant.
_____/

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 12, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 12, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126